| Return | | |
|---|---|---|
| Case No.:<br>294c474 | Date and time warrant executed:<br>enter date 8/13/20 3:52pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>Inspector A. Glan | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1296 grams of a green vegetable matter

FILED
CHARLOTTE, NC

SEP 22 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

| Certification |
|---|

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/enter date 20

_____
Executing officer's signature

Kelrk R. Williams / Inspector
Printed name and title

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail parcel bearing mailing label tracking number 9505 5145<br>2349 0183 3310 45, currently located at 2300 Yorkmont Road,<br>Charlotte, NC 28217 | )<br>)<br>)<br>)<br>)<br>)    Case No.   3:20mJ 178-1 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*

Priority Mail parcel bearing mailing label tracking number 9505 5145 2349 0183 3310 45, currently located at 2300 Yorkmont Road, Charlotte, NC 28217

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Controlled substances, packaging, shipping records, notes and correspondence, currency, and/or evidence tending to identify source of packages and recipient.

**YOU ARE COMMANDED** to execute this warrant on or before _____7/21/2020_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Judge Keesler or Judge Cayer_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____enter date_____ .

Signed: July 7, 2020

David C. Keesler
United States Magistrate Judge

Date and time issued: 7/7/2020 4:30 PM

City and state:     Charlotte, NC

Hon. David Keesler, U.S. Magistrate Judge
*Printed name and title*